IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| LORA MCMAHON | ) | |
| | ) | Civil Action |
| Plaintiff, | ) | No. 1:17-cv-2755-AT |
| v. | ) | |
| | ) | |
| TARSEM L. GUPTA, M.D., P.C., d/b/a | ) | |
| ATLANTA PULMONARY & SLEEP | ) | JURY TRIAL DEMANDED |
| SOLUTIONS, and TARSEM L. GUPTA, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this case with prejudice. The parties further stipulate that neither party will be deemed a prevailing party and each party will bear her/its own attorneys' fees, expenses, and costs.

This 28th day of December 2017.

| | |
|---|---|
| BARRETT & FARAHANY | |
| s/V. Severin Roberts | s/ Robert W. Raleigh |
| V. Severin Roberts | Robert W. Raleigh |
| Georgia Bar No. 940504 | Georgia Bar No. 592775 |
| 1100 Peachtree Street, N.E., Suite 500 | 10 Saratoga Drive |
| Atlanta, GA 30309 | Lawrenceville, GA 30044 |
| severin@justiceatwork.com | rob.raleigh@gmail.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| LORA MCMAHON | ) | |
| | ) | Civil Action |
| Plaintiff, | ) | No. 1:17-cv-2755-AT |
| v. | ) | |
| | ) | |
| TARSEM L. GUPTA, M.D., P.C., d/b/a | ) | |
| ATLANTA PULMONARY & SLEEP | ) | JURY TRIAL DEMANDED |
| SOLUTIONS, and TARSEM L. GUPTA, | ) | |
| | ) | |
| Defendants. | ) | |

**CERTIFICATE OF SERVICE**

I certify that on December 28, 2017, I filed the forgoing Join Stipulation of Dismissal with the Clerk of Court using the CM/ECF electronic filing system that will automatically send email notification of such filing to all attorneys of record:

Robert W. Raleigh
10 Saratoga Drive
Lawrenceville, GA 30044

This 28th day of December 2017.

s/V. Severin Roberts
V. Severin Roberts
Georgia Bar No. 940504