IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LORA MCMAHON, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| TARSEM L. GUPTA, M.D., P.C., and : | CIVIL ACTION NO. |
| TARSEM L. GUPTA, : | 1:17-cv-2755-AT |
| : | |
| Defendants. : | |

## **ORDER**

This Fair Labor Standards Act (FLSA) case is before the Court on a review of the Parties' Joint Stipulation of Dismissal [Doc. 27]. As this Court's Standing Order in FLSA cases provides, this Court's practice is to review all negotiated dismissals of such cases consistent with the Eleventh Circuit's decision in *Lynn's Food Stores, Inc. v. U.S. By & Through U.S. Dep't of Labor, Employment Standards Admin., Wage & Hour Div.*, 679 F.2d 1350, 1353 (11th Cir. 1982). (*See* Doc. 5.) The Court therefore requested information from counsel regarding the basis for the dismissal of the claims. Based on the specific factors articulated by Plaintiff's counsel via letter to the Court, the Stipulation of Dismissal is **APPROVED**. However, counsel is **ADVISED** against filing a stipulation of dismissal in any future FLSA cases pending before the undersigned without first contacting the Court.

**IT IS SO ORDERED** this 11th day of January, 2018.

_____
**Amy Totenberg**
**United States District Judge**